**FILED**
CLERK, U.S. DISTRICT COURT
05/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2024 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:24-cr-00063-DOC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| BARRY ROBERTS, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 24, 2022, in Orange County, within the Central District of California, defendant BARRY ROBERTS knowingly and

//
//
//
//
//
//
//

intentionally distributed at least 50 grams, that is, approximately 84 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

KEVIN Y. FU
Assistant United States Attorney
Santa Ana Branch Office